# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS ABBOTT, et. al.,                                    Case No. 05-72793
                                                          Honorable Marianne O. Battani

                        Plaintiffs,

vs.

STATE OF MICHIGAN, et. al.,

                        Defendants.
_____/

## ORDER DISMISSING MOTION FOR CLASS CERTIFICATION

The Court, after conferring with all counsel, dismisses the Motion for Class Certification without prejudice.  The motion may be refiled after resolution of the Motion to Dismiss and class discovery.

IT IS SO ORDERED.


Dated:  October 17, 2005              s/Marianne O. Battani_____
                                     Honorable Marianne O. Battani

_____
                        CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed  to Timothy Barkovic and Juandisha Harris on this date.

                                     s/Colette Motowski_____
                                     Deputy Clerk

October 17, 2005